## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Kapil Puri, et al.

                                  Plaintiff,

v.                                                       Case No.: 1:22−cv−01083
                                                                Honorable Manish S. Shah

David A. Giljohann, et al.

                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 17, 2022:

      MINUTE entry before the Honorable Manish S. Shah: The Court's previous minute entry is amended to read as follows: Case No. 22−cv−01217 Sim v. Giljohann, et al. will be submitted to the Executive Committee for reassignment to this court. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.