UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE EXICURE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 1:22-cv-01083<br><br>Honorable Manish S. Shah |

**JOINT STATUS REPORT**

Plaintiffs Kapil Puri and Yixin Sim (together, "Plaintiffs"), Defendants David A. Giljohann, Brian C. Bock, Jeffrey L. Cleland, Elizabeth Garofalo, Bosun Hau, Bali Muralidhar, Andrew Sassine, Matthias Schroff, James Sulat, and Timothy P. Walbert (together, "the Individual Defendants"), and Nominal Defendant Exicure, Inc. ("Exicure"; collectively with the Individual Defendants, "Defendants"; and collectively with Plaintiffs and the Individual Defendants, the "Parties"), by and through their undersigned counsel, hereby respectfully make this submission in furtherance of the Court's Minute Entry, dated December 11, 2025, in the above-captioned action directing the Parties to file a joint status report on settlement negotiations or motion for preliminary approval by January 16, 2026. (ECF No. 46).

Since submitting their last joint status report on December 10, 2025, the Parties have continued to make progress in their negotiations regarding an appropriate amount of attorneys' fees and expenses for Plaintiffs' counsel in consideration of the substantial benefits that the Company has acknowledged and agreed will be conferred on the Company and its stockholders by certain agreed-upon governance reforms the Company decided to adopt and implement as a result of the filing, pendency, and settlement of the Action.

To accommodate settlement proceedings and avoid the waste of the Court's and Parties' resources, the Parties request that the Court maintain the stay of this action. If a motion for preliminary approval of the settlement has not been filed by February 16, 2026, the Parties will submit a status report on that date. Counsel are available to discuss the settlement and this request with the Court at the Court's convenience should the Court have any questions.

Date: January 16, 2026

**THE BROWN LAW FIRM, P.C.**

By: */s/ Timothy Brown*
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**BAKER & HOSTETLER LLP**

By: */s/ Douglas L. Shively*
Daniel J. Buzzetta
45 Rockefeller Plaza
14th Floor
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
dbuzzetta@bakerlaw.com

Douglas L. Shively
One North Wacker Drive
Suite 4500
Chicago, IL 60606-2841
Telephone: 312.416.6200
Facsimile: 312.416.6201
dshively@bakerlaw.com

*Counsel for Nominal Defendant Exicure, Inc. and Individual Defendants Brian C. Bock, Jeffrey L. Cleland, Elizabeth Garofalo, Bosun Hau, Bali Muralidhar, Andrew Sassine, Matthias Schroff, James Sulat, and Timothy P. Walbert*

**JONES DAY**

By: /s/ *Elizabeth J. Marino*
Elizabeth J. Marino
Bethany K. Biesenthal
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939
ejmarino@jonesday.com

*Counsel for David A. Giljohann*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed using the Court's CM/ECF electronic filing system on January 16, 2026, and by operation thereof served upon counsel of record for all parties.

Date: January 16, 2026            */s/ Timothy Brown*
                                                         Timothy Brown